IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JUSTIN RENARD PASCHAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:18-CV-115-WHA |
| | ) | [WO] |
| WARDEN HENLINE OF ECJ, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **OPINION and ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on March 29, 2018. Doc. 10. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for lack of jurisdiction.

Final Judgment will be entered accordingly.

Done this 19th day of April, 2018.

        /s/  W. Harold Albritton
        SENIOR UNITED STATES DISTRICT JUDGE